```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
```

IN RE:                                      CASE NO. 08 B 22843
    FERNANDO OCHOA
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-5872

```
--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
```
    The case was filed on 08/28/2008 and was not confirmed.

    The case was dismissed without confirmation 01/14/2009.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NISSAN MOTOR ACCEPTANCE | SECURED VEHIC | 35415.29 | .00 | 1744.64 |
| GMAC MORTGAGE CORP | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| NATIONWIDE LOAN | SECURED NOT I | .00 | .00 | .00 |
| GMAC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | SECURED NOT I | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 3876.35 | .00 | .00 |
| CITICORP CREDIT SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITICORP CREDIT SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITICORP CREDIT SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITICORP CREDIT SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITICORP CREDIT SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITICORP CREDIT SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITICORP CREDIT SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITICORP CREDIT SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITICORP CREDIT SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 688.91 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 555.68 | .00 | .00 |
| HSBC NV | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHRIST MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE ACCEPTANCE~ | UNSECURED | 2443.09 | .00 | .00 |
| PERSONAL FINANCE CO | UNSECURED | 1542.08 | .00 | .00 |
| PERSONAL FINANCE CO | NOTICE ONLY | NOT FILED | .00 | .00 |
| PERSONAL FINANCE CO | NOTICE ONLY | NOT FILED | .00 | .00 |
| MACNEAL HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 458.91 | .00 | .00 |
| UNIVERSAL LENDERS INC | UNSECURED | 3384.41 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 50380.86 | .00 | .00 |
| MARYBETH OCHOA | NOTICE ONLY | NOT FILED | .00 | .00 |
| PERSONAL FINANCE CO | SECURED | 1500.00 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 4260.59 | .00 | .00 |
| GMAC MORTGAGE | MORTGAGE ARRE | 3465.15 | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 496.33 | .00 | .00 |

```
NATIONWIDE ACCEPTANCE~      SECURED NOT I NOT FILED              .00             .00
ERNESTO D BORGES JR         DEBTOR ATTY          .00             .00             .00
TOM VAUGHN                  TRUSTEE                                           135.36
DEBTOR REFUND               REFUND                                              .00
```

Summary of Receipts and Disbursements:

--------------------------------------------------------------------------------

|                        | RECEIPTS | DISBURSEMENTS |
|------------------------|----------|---------------|
| TRUSTEE                | 1,880.00 |               |
| PRIORITY               |          | .00           |
| SECURED                |          | 1,744.64      |
| UNSECURED              |          | .00           |
| ADMINISTRATIVE         |          | .00           |
| TRUSTEE COMPENSATION   |          | 135.36        |
| DEBTOR REFUND          |          | .00           |
| TOTALS                 | 1,880.00 | 1,880.00      |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
      Dated: 03/05/09            _____

                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE